[No. 10926–0–I.   Division One.   September 13, 1984.]

MARILYN JENSEN, *Respondent*, v. ADELINE SCHEREMETA,
*Appellant*.

The unpublished opinion in this cause, which was filed on June 11, 1984, is *withdrawn* by order dated September 13, 1984.

[No. 7845–7–II.   Division Two.   September 13, 1984.]

*In the Matter of the Personal Restraint of*
MICHAEL A. STUDER, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 7830–9–II.   Division Two.   September 13, 1984.]

*In the Matter of the Personal Restraint of*
RICHARD C. TWINN, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 12889–2–I.   Division One.   September 17, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. MUREL
CURTIS BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82–1–02441–1, Arthur E. Piehler, J., entered January 31, 1983. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Corbett, A.C.J., and Williams, J.